IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY WHITTINGTON, individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>Defendant. | CASE NO: 2:19-cv-06042-MMB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her claims against Defendant, with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

*s/ Nicholas Linker*
NICHOLAS LINKER
**ZEMEL LAW LLC**
1373 Broad St., Suite 203-C
Clifton, NJ 70130
*Counsel for Plaintiff*

*s/ Lauren M. Burnette*
LAUREN M. BURNETTE
**MESSER STRICKLER, LTD.**
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
*Counsel for Defendant*

Dated: August 6, 2020

It is SO ORDERED this 6th day of August, 2020.

s/ Michael M. Baylson, USDJ